IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT FURGESS,** | : | Civil No. 1:17-cv-0021 |
| **Plaintiff,** | : | |
| v. | : | |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

## O R D E R

Before the court is a report and recommendation by the magistrate judge in which she recommends that the captioned matter be transferred to the Western District of Pennsylvania. No objections have been filed and, in fact, the plaintiff consents to the transfer as proposed by the defendant.

**IT IS THEREFORE ORDERED** that the Clerk of Court for the Middle District of Pennsylvania shall transfer the captioned matter to the Western District of Pennsylvania.

  s/Sylvia H. Rambo
  SYLVIA H. RAMBO
  United States District Judge

Dated: December 12, 2017